```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA
                                      :   ORDER
       -v-
                                      :   S1 20 Cr. 18 (  )
GEORGE BRIDI,
                                      :
              Defendant.
                                      :

                                      :
- - - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Andrew K. Chan, Mollie Bracewell, and Christy Slavik;

It is found that the Indictment in the above-captioned action, S1 20 Cr. 18 (  ), is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, S1 20 Cr. 18 (  ), in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         August 25, 2020

_____*Debra Freeman*_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE